*The probate of the paper propounded as the Will of*
Asa T. Davison.

TESTATOR was domiciled and died in New Jersey. His will of personal property was made there, while a minor. It was not good under the law of New Jersey. Held, that this was a question of the *lex loci,* and probate denied.

ASHLEY, TURNER & KIRKLAND *and* WM. H. LEUPP, *for the Proponents.*
GLEASON & BABCOCK, *for Contestants.*
R. L. LARREMORE, *Special Guardian for Infant.*

ASA T. DAVISON lived and died in the State of New Jersey, on the 29th of June, 1868, aged eighteen years and ten months. The instrument offered as a will of personal property only, was executed by him, after he had

attained the age of eighteen years, in the State of New Jersey. It was admitted that by the laws of that State, the instrument was invalid as a will of personal property, the decedent not possessing testamentary capacity, because not twenty-one years of age. On this state of facts argument was had before the Surrogate, on petition for probate.

THE SURROGATE. Asa T. Davison lived and died in New Jersey. He never had a domicil in the State of New York. Had he had, he could have made a will of his personal property, after he had arrived at the eighteen years. But he could not do so in the State of New Jersey. This a question of the *lex loci*. Probate denied.